# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MARGIE ROOP,** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 5:21-cv-00144 |
| | ) | |
| vs. | ) | JUDGE SARA LIOI |
| | ) | |
| **WORKPLACE SERVICES** | ) | **STIPULATION OF VOLUNTARY** |
| **CORPORATION,** *et al.*, | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Margie Roop and Defendants Workplace Services Corporation and Danny Williamson stipulate to the voluntary dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).


Date: <u>March 4, 2022</u>        IT IS SO ORDERED.

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted,

/s/ *Jeffrey J. Moyle*
Jeffrey J. Moyle (0084854)
NILGES DRAHER LLC
1360 E. 9th Street, Suite 808
Cleveland, OH 44114
(216) 230-2955 – Telephone
(330) 754-1430 – Facsimile
jmoyle@ohlaborlaw.com

*One of the Attorneys for Plaintiff*

/s/ *Debra S. Friedman (with consent)*
Debra S. Friedman (*admitted Pro Hac Vice*)
Jason A. Cabrera (*admitted Pro Hac Vice*)
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-3719
Facsimile: (215) 701-2419
E-mail: dfriedman@cozen.com
jcabrera@cozen.com

Robert Huff Miller (0076939)
ROBERT HUFF MILLER LLC
100 East Broad Street
Columbus, Ohio 43215
Telephone: 614-384-5794
Facsimile: 614-441-9280
E-mail: rob@roberthuffmiller.com

*Attorneys for Defendant*
*Workplace Services Corporation*

/s/ *Gregory P. Barwell (with consent)*
Gregory P. Barwell (0070545)
WESP BARWELL, L.L.C.
Attorneys at Law
100 East Broad Street, Suite 2350
Columbus, Ohio 43215
Ph: (614) 456-0488
Fax: (614) 456-0488
Email: gbarwell@wesplaw.com

*One of the Attorneys for Defendant Danny Williamson*